UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

December 29, 2021

To:

ROBERT J. LOHR, II, ESQ.
Lohr and Associates, Ltd.
1246 West Chester Pike
Suite 312
West Chester, PA 19382

                              In re: Garvey D Jonassaint
                              Bankruptcy No. 21-12978-mdc
                              Adversary No.
                              Chapter 11

Re: Application to Employ Lohr & Associates, Ltd. as Attorney

The above pleading was filed in this office on 11/22021 . Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

       ( )    Affidavit
       ( )    Certificate of Service
       (X)    Certification of no response
       ( )    Notice pursuant to Rule 9019
       ( )    Notice pursuant to Rule 2002
       ( )    Notice pursuant to Rule 3007.1
       ( )    Proof of Claim number not noted on
                   objection pursuant to Rule 3007.1(a)
       ( )    Proposed Order
       ( )    Stipulation
       ( )    Certification of Default
       ( )    Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

                              Timothy B. McGrath
                              Clerk


                              By: Virginia S. De Buvitz
                                  Deputy Clerk

status.frm
(rev. 11/26/2018)