**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    GARVEY D JONASSAINT<br>        Debtor(s)<br>THE BANK OF NEWYORK MELLON FKA THE BANK OF NEWYORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10<br>        Movant<br>    v.<br>GARVEY D JONASSAINT<br>        Debtor(s)<br>TRACY JONASSAINT<br>        Co-Debtor<br>        Respondent(s) | Chapter 11<br><br>Case Number: 21-12978 |

**O R D E R**

AND NOW, this ___ day of _____, 20___ upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of The Bank of NewYork Mellon FKA The Bank of NewYork, as Trustee for the certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10 and any successor in interest and Debtor, Garvey D Jonassaint, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow The Bank of NewYork Mellon FKA The Bank of NewYork, as Trustee for the certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):  **1913 Parkerhill Ln, Chester Springs, PA 19425**.

**Date: May 6, 2025**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE